Judge Berman                                    08 CIV 7394

**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: Lawrence C. Glynn (LG 6431)
NH&S File No.: 12000127LCG



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MACSTEEL INTERNATIONAL USA CORP.,

       Plaintiff,

  -against-

M/V "ORBIT", her engines, boilers, etc.,
and ORBITER NAVIGATION LTD.,

       Defendants.
-----------------------------------------------------------x

Case No.: 08 Civ.      (   )

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

    None

Dated: New York, New York
       August 20, 2008

                                          Lawrence C. Glynn (LG 6431)