UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MACSTEEL INTERNATIONAL USA CORP.,

            Plaintiff,

-V-

M/V "ORBIT", her engines, boilers, etc.,
and ORBITER NAVIGATION LTD.,
            Defendants.

**CERTIFICATE OF MAILING**

08 CV 7394 (RMB)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**25th day of August, 2008**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**21st day of August, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 596 293 770 US

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †

LAWRENCE C. GLYNN†
VAL WAMSER †
KEVIN J.B. O'MALLEY
GUERRIC S.D.L. RUSSELL †
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
JANA SPERRY †◊

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN NORTH CAROLINA

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
LINDA D. LIN

OF COUNSEL

NEW JERSEY OFFICE:

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601

TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

August 21, 2008

Clerk of the Court
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York

**RE:** **Macsteel International USA Corp. v. M/V "ORBIT" et al**
**United States District Court – Southern District of New York**
**Case No.:** **08 CV 7394 ((RMB) (JCF)**
**Our File:** **12000127 LCG**

Dear Sirs:



he Summons and Complaint along with the
lefendant:

ng LLC

Mail, pursuant to Rule 4(f)(2)(C)(ii) of the